```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

     Plaintiff,
                                     Criminal No. 95-251 (JAF)
     v.

DANIEL PANIAGUA-RAMOS (05),

     Defendant.
```

**O R D E R**

The motion for relief from a March 5, 1999, judgment entered by this court after granting the defendant a new trial, Docket Document No. 320, is **DENIED**. See United States v. Paniagua-Ramos, 251 F.3d 242 (1st Cir. 2001); United States v. Paniagua-Ramos, 135 F.3d 193 (1st Cir. 1998); United States v. Paniagua-Ramos, 182 F.R.D. 376 (D.P.R. 1998).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of January, 2007.

                              S/José Antonio Fusté
                               JOSE ANTONIO FUSTE
                               U. S. District Judge